General Complaint

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 2 8 2022

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Josie Bobino
_____

_____

_____

List the full name of each plaintiff in this action.

Case Number : 1:22cv 407

VS.

Mr. Larry
_____

_____

_____

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.    Employ Counsel
2.    Court - Appointed Counsel
3.    Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

_____

_____

_____

C.    Results of the conference with counsel:

_____

_____

_____

II.    List previous lawsuits:

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____Yes    ✓    No

B.    If your answer to "A" is "yes",  describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1.    Approximate file date of lawsuit: _____

2.    Parties to previous lawsuit(s):

Plaintiff _____

Defendant_____

Attach a separate piece of paper for additional plaintiffs or defendants.

3.    Identify the court the lawsuit was filed. If federal, name the district.  If state, name the county.

_____

4.    Docket number in other court. _____

5.    Name of judge to whom the case was assigned.
_____

6.    Disposition: Was the case dismissed, appealed or still pending?

_____

7.    Approximate date of disposition. _____

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1  Josie Bobino

745 washgston Blvd Beaumont, Tx, 77705

_____

Pla #2  _____

_____

_____

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:  Mr, Larry

Quality Inn Suits Beaumont, Tx 77707

on   I-10

Dft #2: _____

_____

_____

Dft #3  _____

_____

_____

Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

Josie Bobino, I work for Quality
Inn suits in Beaumont TX since
the beginning of April 8, 2022
until Sept-9/18/2022, Mr. Larry
refuse to give me a copy of the
application and W4 form as of 9/27/2022
in text stating he could not do so.
My check stub were sopase to be
sent by email to bobino.Josie@gmail.com,
which I never recieved by email.
I had to ask for my check stubs
to be printed out at the front desk
of the hotel as needed. As of 9-27-2022
I realize my social surcnity number
was incorrect on the check stubs
I text and called Mr. Larry pertaining
this incorrect information on my check
stubs and Mr. Larry has not responded.

V.    Relief: State Briefly exactly what you want the court to do for you.  Make no legal
       arguments and do not cite cases or statutes.  Attach additional pages if necessary.

I would like for the court to contact Mr. Larry to correct my information on my check stubs to the correct social security number and release a copy of my application and 104 form to present to unemployment and tax office so at the end of the year I will not owe taxes.

Signed this ___9-28-22___ day of ____28____ , 20 _22_ .
                                          (Month)              (Year)

_____

_____

_____

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: ___9-28-22___
                    Date

_____

_____
Signature of each plaintiff

745 Washston Blvd
Beaumont, TX 77705

MB INTERNATIONAL CORP
DBA QUALITY INN SUITES
1590 IH- 10 SOUTH
BEAUMONT TX 77707

JOSIE Q BOBINO
745 WASHINGTON BLVD
BEAUMONT, TX 77705

Direct Deposit

| Employee Pay Stub | | Check number: DD2388 | | | Pay Period: 08/15/2022 - 08/28/2022 | | Pay Date: 08/31/2022 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| JOSIE Q BOBINO, 745 WASHINGTON BLVD, BEAUMONT, TX 77705 | | | | | ***-**-7641 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | Amount |
|---|---|---|---|---|---|---|---|
| HOURLY | 37.00 | 9.00 | 333.00 | 3,366.45 | Checking - **********5199 | | 307.53 |
| Taxes | | | Current | YTD Amount | Memo | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | | |
| Federal Withholding | | | 0.00 | 0.00 | | | |
| Social Security Employee | | | -20.65 | -208.72 | | | |
| Medicare Employee | | | -4.82 | -48.81 | | | |
| | | | -25.47 | -257.53 | | | |
| Net Pay | | | 307.53 | 3,108.92 | | | |

MB INTERNATIONAL CORP
DBA QUALITY INN SUITES
1590 IH- 10 SOUTH
BEAUMONT TX 77707

JOSIE Q BOBINO
745 WASHINGTON BLVD
BEAUMONT, TX 77705

Direct Deposit

| Employee Pay Stub | | Check number: DD2397 | | | Pay Period: 08/29/2022 - 09/11/2022 | | Pay Date: 09/14/2022 |
|---|---|---|---|---|---|---|---|

**Employee**

JOSIE Q BOBINO, 745 WASHINGTON BLVD, BEAUMONT, TX 77705

**SSN**

***-**-7641

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| HOURLY | 28.00 | 9.00 | 252.00 | 3,618.45 | Checking - **********5199 | 232.72 |

| Taxes | Current | YTD Amount | Memo |
|---|---|---|---|
| | | | Direct Deposit |
| Medicare Employee Addl Tax | 0.00 | 0.00 | |
| Federal Withholding | 0.00 | 0.00 | |
| Social Security Employee | -15.62 | -224.34 | |
| Medicare Employee | -3.66 | -52.47 | |
| | -19.28 | -276.81 | |
| **Net Pay** | **232.72** | **3,341.64** | |

MB INTERNATIONAL CORP
DBA QUALITY INN SUITES
1590 IH- 10 SOUTH
BEAUMONT TX 77707

JOSIE Q BOBINO
745 WASHINGTON BLVD
BEAUMONT, TX 77705

Direct Deposit

---

| Employee Pay Stub | | Check number: DD2404 | | | Pay Period: 09/12/2022 - 09/25/2022 | | Pay Date: 09/29/2022 |
|---|---|---|---|---|---|---|---|

**Employee**

JOSIE Q BOBINO, 745 WASHINGTON BLVD, BEAUMONT, TX 77705

**SSN**

***-**-7641

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | Amount |
|---|---|---|---|---|---|---|---|
| HOURLY | 25.00 | 9.00 | 225.00 | 3,843.45 | Checking - **********5199 | | 207.79 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | | |
| Federal Withholding | | | 0.00 | 0.00 | | | |
| Social Security Employee | | | -13.95 | -238.29 | | | |
| Medicare Employee | | | -3.26 | -55.73 | | | |
| | | | -17.21 | -294.02 | | | |
| **Net Pay** | | | **207.79** | **3,549.43** | | | |

---

MB INTERNATIONAL CORP
DBA QUALITY INN SUITES
1590 IH- 10 SOUTH
BEAUMONT TX 77707

JOSIE Q BOBINO
745 WASHINGTON BLVD
BEAUMONT, TX 77705

Direct Deposit

---

| Employee Pay Stub | Check number: DD2361 | | | Pay Period: 07/04/2022 - 07/17/2022 | Pay Date: 07/22/2022 |
|---|---|---|---|---|---|

| Employee | | | | SSN | |
|---|---|---|---|---|---|
| JOSIE Q BOBINO, 745 WASHINGTON BLVD, BEAUMONT, TX 77705 | | | | ***-**-7641 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| HOURLY | 55.15 | 9.00 | 496.35 | 2,072.70 | Checking - *****3312 | 458.38 |

| Taxes | | | Current | YTD Amount | Memo | |
|---|---|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | 0.00 | 0.00 | | |
| Social Security Employee | | | -30.78 | -128.51 | | |
| Medicare Employee | | | -7.19 | -30.05 | | |
| | | | -37.97 | -158.56 | | |
| **Net Pay** | | | **458.38** | **1,914.14** | | |

Start When employees Un?

Aug 21, 2022

tues 4
wed 4
thurs 6
Friday 6
Sit 6  30
Sun 6  30
Mon 6
Tues 6      100
wens 6   540.

thur        3[X] 9.00
            + 35.00
fri         3[X] 4.00
            + 35.00
Sat         5[X] 9.00
            5[X]
Sun 6  + 30. 00

            [X] 00  90
          - 4 5 8   32
            32    122

MB INTERNATIONAL CORP
DBA QUALITY INN SUITES
1590 IH- 10 SOUTH
BEAUMONT TX 77707

JOSIE Q BOBINO
745 WASHINGTON BLVD
BEAUMONT, TX 77705

Direct Deposit

---

| Employee Pay Stub | | Check number: DD2380 | | | Pay Period: 08/01/2022 - 08/14/2022 | | Pay Date: 08/17/2022 |
|---|---|---|---|---|---|---|---|

**Employee**

JOSIE Q BOBINO, 745 WASHINGTON BLVD, BEAUMONT, TX 77705

**SSN**

***-**-7641

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | Amount |
|---|---|---|---|---|---|---|---|
| HOURLY | 40.00 | 9.00 | 360.00 | 3,033.45 | Checking - **********5199 | | 332.46 |
| **Taxes** | | | Current | YTD Amount | **Memo** | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | | |
| Federal Withholding | | | 0.00 | 0.00 | | | |
| Social Security Employee | | | -22.32 | -188.07 | | | |
| Medicare Employee | | | -5.22 | -43.99 | | | |
| | | | -27.54 | -232.06 | | | |
| **Net Pay** | | | **332.46** | **2,801.39** | | | |

407.02 required to
File a complaint
Person who wanted that
to pay may request
((Farm: lenupans))
(Referred to as WITFFA)
Jefferson County Courthouse
1085 Pearl St
Room 135
Beaumont TX
77701

MB INTERNATIONAL CORP
DBA QUALITY INN SUITES
1590 IH- 10 SOUTH
BEAUMONT TX 77707

JOSIE Q BOBINO
745 WASHINGTON BLVD
BEAUMONT, TX 77705

Direct Deposit

| Employee Pay Stub | | Check number: DD2370 | | | Pay Period: 07/18/2022 - 07/31/2022 | | Pay Date: 08/03/2022 |

**Employee**

JOSIE Q BOBINO, 745 WASHINGTON BLVD, BEAUMONT, TX 77705

**SSN**

***-**-7641

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HOURLY | 66.75 | 9.00 | 600.75 | 2,673.45 |

| Direct Deposit | Amount |
|---|---|
| Checking - *****3312 | 554.79 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -37.24 | -165.75 |
| Medicare Employee | -8.72 | -38.77 |
| | -45.96 | -204.52 |
| **Net Pay** | **554.79** | **2,468.93** |

**Memo**

Direct Deposit

2 714-706 EX 0114

613 9243 2400

301 593 5200

704 945-2500

337 490 0888

Labor 408 839 2852

100 9910

Merl

yeah yeah 5/4/5

