IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSIE QUINAEL BOBINO, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 1:22-CV-00407-MJT-ZJH |
| | § | |
| v. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| LARRY LNU, | § | |
| | § | |
| Defendant. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this case for pretrial management to United States Magistrate Judge Zack Hawthorn for consideration and disposition. On September 18, 2022, *pro se* Plaintiff Josie Bobino filed his Complaint and Motion for Leave to Proceed *In Forma Pauperis*. [Dkts. 1, 2]. On November 28, 2022, Judge Hawthorn issued a Report and Recommendation granting Bobino's motion to proceed *in forma pauperis*, and recommending the Court dismiss the case for failure to establish subject-matter jurisdiction. [Dkt. 3]. The Court has received and considered the report. The parties have not filed objections to the report and recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1).

It is therefore **ORDERED** that Judge Hawthorn's Report and Recommendation Dismissing Case [Dkt. 3] is **ACCEPTED**. Plaintiff Josie Bobino's Complaint [Dkt. 1] is therefore dismissed. The court will issue a Final Judgment separately.

**SIGNED this 30th day of December, 2022.**

Michael J. Truncale
United States District Judge