IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSIE QUINAEL BOBINO | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:22-CV-407-MJT-ZJH |
| v. | § § | JUDGE MICHAEL J. TRUNCALE |
| LARRY LNU, | § § § | |
| Defendant. | | |

**FINAL JUDGMENT**

The court has adopted the Magistrate Judge's report recommending that the court dismiss this case. Accordingly, it is **ORDERED** that Plaintiff Josie Quinael Bobino take nothing, and the case is **DISMISSED**. The clerk of court is directed to close this case, and all pending motions are denied as moot.

**SIGNED this 30th day of December, 2022.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge